**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:  
DABNEY, RICHARD

Case No.: 18-18963  
Chapter 7  
Judge: Jerrold N. Poslusny, Jr.

---

## NOTICE OF PROPOSED ABANDONMENT

---

Thomas J. Subranni, Trustee in this case, proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

**Address of the Clerk:**

U.S. Post Office and Courthouse  
401 Market Street, Second Floor  
Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on July 17, 2018 at 10:00 AM at the United States Bankruptcy Court, Courtroom No. 4C  (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| **Description of property** | **FMV** | **Liens on property** | **Amount of equity claimed as exempt** |
|---|---|---|---|
| 564 ZION ROAD, EGG HARBOR TOWNSHIP, NJ 08234 | $150,000.00 | $263,946.00 | $0.00 |

| **Description of property** | **FMV** | **Liens on property** | **Amount of equity claimed as exempt** |
|---|---|---|---|
| 724 MAPLE ROAD, PLEASANTVILLE, NJ 08232 | $25,000.00 | $70,248.00 | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:        /s/ Thomas J. Subranni  
Address:     1624 Pacific Avenue, Atlantic City, NJ 08401  
Telephone No.: (609) 347-7000

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-18963-JNP
Richard Dabney                                                              Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jun 18, 2018
                               Form ID: pdf905          Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db             +Richard Dabney,    3301 Falcon Court,    Mays Landing, NJ 08330-5503
517493116      +Andrew Sklar. Esquire,    1200 Laurel Oak Road,    Suite 102,    Voorhees, NJ 08043-4317
517493117     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
517493118      +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
517493119      +Egg Harbor Township MUA,    3515 Bargaintown Road,    Egg Harbor Township, NJ 08234-8321
517493120      +Fein Such Kahn & Shepard,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517493122       Midland Mortgage,    PO Box 268959,    Oklahoma City, OK 73126-8959
517493123       Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
517493125       Shellpoint Mortgage Services,    55 Beattle Place,    Suite 600,    Greenville, SC 29601-2165
517493126       Sydney Dabney Jr,    724 Maple Road,    Pleasantville, NJ 08232
517493127      +Wells Fargo Card Service,    PO Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 18 2018 22:03:55     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 18 2018 22:03:55     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517493121       E-mail/Text: hannlegal@hannfinancial.com Jun 18 2018 22:03:43     Hann Financial Services Corp,
                 1 Centre Drive,   Monroe Township, NJ 08831-1564
517493124      +E-mail/Text: bkrpt@retrievalmasters.com Jun 18 2018 22:03:54
                 Retrieval Masters Credit Bureau Inc,    4 Westchester Plaza,   Suite 110,
                 Elmsford, NY 10523-1616
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2018 at the address(es) listed below:
          Chad M. Sherwood    on behalf of Debtor Richard  Dabney chad@sherwoodlegal.com
          Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          R. A. Lebron    on behalf of Creditor    NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE
           SERVICING bankruptcy@feinsuch.com
          Thomas J Subranni    trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          Thomas J Subranni    on behalf of Trustee Thomas J Subranni trustee@subranni.com,
           ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```