STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on July 31, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN)

| In Re: | Chapter 7 |
|---|---|
| Richard Dabney<br>Debtor | Case Number: 18-18963-JNP |
| Pamela S. Dabney<br>a/k/a Pamela S. Ernst<br>(Non-filing co-mortgagor) | Hearing: July 31, 2018 at 10:00 a.m.<br><br>Judge: Jerrold N. Poslusny Jr. |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 31, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(page 2)
Debtor: Richard Dabney
Non-filing co-mortgagor: Pamela S. Dabney a/k/a Pamela S. Ernst

Case Number: 18-18963-JNP

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

Upon the Motion of New Penn Financial d/b/a Shellpoint Mortgage Servicing through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) (and the co-debtor stay pursuant to §1301) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

ORDERED that the automatic stay of Bankruptcy Code § 362(a) (and the co-debtor stay pursuant to §1301) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

☑    Real Property more fully described as:

564 Zion Rd, Egg Hbr Twp, NJ 08234-9606 -- the "Property."

☐    Personal Property more fully described as:

It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.