STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

Order Filed on July 31, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY
### (CAMDEN)

| In Re: | Chapter 7 |
|---|---|
| Richard Dabney<br>Debtor | Case Number: 18-18963-JNP |
| Pamela S. Dabney<br>a/k/a Pamela S. Ernst<br>(Non-filing co-mortgagor) | Hearing: July 31, 2018 at 10:00 a.m.<br><br>Judge: Jerrold N. Poslusny Jr. |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED.**

**DATED: July 31, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(page 2)
Debtor: Richard Dabney
Non-filing co-mortgagor: Pamela S. Dabney a/k/a Pamela S. Ernst

Case Number: 18-18963-JNP

Caption of Order: Order Granting Relief from the Automatic Stay (and other relief)

  Upon the Motion of New Penn Financial d/b/a Shellpoint Mortgage Servicing through its Counsel Stern & Eisenberg, PC, attorneys for secured creditor, under Bankruptcy Code § 362(d) (and the co-debtor stay pursuant to §1301) for relief from the automatic stay as to certain property as herein set forth, and for cause shown, it is:

  ORDERED that the automatic stay of Bankruptcy Code § 362(a) (and the co-debtor stay pursuant to §1301) is vacated as to permit the movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction (or otherwise as allowed under the law) to pursue movant's rights in the following:

  ☑ Real Property more fully described as:

564 Zion Rd, Egg Hbr Twp, NJ 08234-9606 -- the "Property."

  ☐ Personal Property more fully described as:

  It is further Ordered that the movant may join the debtor and any trustee appointed in this case as Defendants in its action(s); irrespective of any conversion to any other chapter of the Bankruptcy Code.

  The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Richard Dabney  
       Debtor

Case No. 18-18963-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Jul 31, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.  
db        +Richard Dabney,   3301 Falcon Court,   Mays Landing, NJ 08330-5503

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:

        Chad M. Sherwood   on behalf of Debtor Richard  Dabney chad@sherwoodlegal.com  
        Kevin Gordon McDonald   on behalf of Creditor   MIDFIRST BANK kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        R. A. Lebron   on behalf of Creditor   NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING bankruptcy@feinsuch.com  
        Steven P. Kelly   on behalf of Creditor   NEW PENN FINANCIAL, LLC D/B/A SHELLPOINT MORTGAGE SERVICING skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
        Thomas J Subranni   trustee@subranni.com, ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com  
        Thomas J Subranni   on behalf of Trustee Thomas J Subranni trustee@subranni.com, ecorma@subranni.com;NJ84@ecfcbis.com;cwild@subranni.com;Subranni@remote7solutions.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                              TOTAL: 7